

# United States District Court

### Western District of Oklahoma
### United States Courthouse
### 200 N.W. 4th Street
### Oklahoma City, Oklahoma 73102

David L. Russell

Telephone
[405] 609-5100



July 2, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC   20544

RECEIVED 2007 JUL -9 A 11:03 FINANCIAL DISCLOSURE OFFICE

     Re:    2006 Financial Disclosure Report

Dear Judge Smith:

     In response to your letter, Part VII, line 26 listing "Focus Federal Credit Union" was listed on my 2006 report on line 1 as simply "Federal Credit Union." They are one and the same. Line 26 (C-2) should reflect a valuation cod of T.

     In Part VII, page 5, line 26, column D(1) the valuation code should reflect J.

     Please let me know if you need further information.

                   Sincerely,

                   David L. Russell
                   U.S. District Judge

DLR:ml

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>RUSSELL, DAVID L | 2. Court or Organization<br><br>WESTERN DISTRICT OF OKLAHOMA | 3. Date of Report<br><br>04/18/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE -U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>200 N.W. 4th, ROOM 3309<br>UNITED STATES COURTHOUSE<br>OKLAHOMA CITY, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 24 A 9: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 04/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLEGIANCE CREDIT UNION f/k/a FEDERAL EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |
| 2. MONEY MARKET TRUST AG EDWARDS | A | Interest | K | T | | | | | |
| 3. CITIGROUP | A | Dividend | J | T | | | | | |
| 4. ONEOK PARTNERS f/k/a NORTHERN BORDER PARTNERS | A | Dividend | K | T | | | | | |
| 5. NORTHWEST NATURAL GAS | A | Dividend | J | T | | | | | |
| 6. OCCIDENTAL PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 7. AT&T formerly SBC COMMUNICATIONS, INC. | A | Dividend | J | T | | | | | |
| 8. TXU | A | Dividend | J | T | | | | | |
| 9. OKLA. DEPT. OF TRANSPORTATION Bond 9-1-20 | A | Interest | J | T | | | | | |
| 10. TULSA OK 4% 7-1-2016 BONDS | A | Interest | K | T | | | | | |
| 11. OKLAHOMA WATER RESOURCES BOARD 4-1-2027 BONDS | A | Interest | J | T | | | | | |
| 12. OKLAHOMA 1-1-24 MUNICIPAL PWR AUTHORITY | A | Interest | J | T | | | | | |
| 13. CAPITAL INCOME BUILDER FUND | D | Dividend | M | T | | | | | |
| 14. EUROPACIFIC GROWTH FUND SBI | A | Dividend | K | T | | | | | |
| 15. INCOME FUND OF AMERICA | C | Dividend | L | T | | | | | |
| 16. INVESTMENT CO. OF AMERICA | B | Dividend | M | T | | | | | |
| 17. RCB BANK f/k/a BANK OF NICHOLS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HILLS | | | | | | | | | |
| 18. ENTERPRISE PRODS PTNRS L.P. | D | Dividend | L | T | | | | | |
| 19. OKLAHOMA 1-1-2023 TURNPIKE | C | Interest | L | T | | | | | |
| 20. HALLIBURTON COMPANY | A | Dividend | J | T | | | | | |
| 21. UNIVERSITY OF OKLAHOMA BONDS 5-1-2023 | A | Interest | J | T | | | | | |
| 22. HOUSTON TEX WATER & SEWER BONDS 12-1-28 | C | Interest | L | T | | | | | |
| 23. CHESAPEAKE ENERGY | A | Dividend | J | T | Buy | 9-28 | J | | |
| 24. FUNDAMENTAL INVRS. INC. | | None | K | T | Buy | 10-17 | J | | |
| 25. UNION BANK | A | Interest | K | T | | | | | |
| 26. FOCUS FEDERAL CREDIT UNION | A | Interest | J | | | | | | |
| 27. RUSSELL INVESTMENT CO. (MUTUAL FUND) | A | Dividend | L | T | Buy | 7-11 | K | | |
| 28. ULTRA PETROLEUM | | None | J | T | Buy | 5-5- | J | | |
| 29. SYNTROLEUM | | None | J | T | Buy | 12-22 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, DAVID L | 04/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date 4-18-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544